IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00182-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ROBERT MCCLELLAND,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE
---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant James Robert McClelland entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 18 U.S.C. § 2253.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant James Robert McClelland's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

    a. One 2GB USB Thumb Drive, Model: SanDisk

THAT the United States, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

SO ORDERED this  28th  day of     May    , 2010.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
United States District Court Judge