IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00182-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JAMES McCLELLAND,

  Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that the sentencing hearing regarding Defendant McClelland is set **Wednesday, August 4, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: June 2, 2010